# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN OAK LUMBER & MILLING, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JOSE A. PINEDA AND FRANCISCO NIETO, <br><br> Defendants. | CASE NO. 15cv2661 LAB (JLB) <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION (DOCKET NO. 41 & 42) DETERMINING CLAIMS OF EXEMPTION BY JOSE A. PINEDA AND FRANCISCO NIETO** |

Jose A. Pineda and Francisco Nieto filed Claims of Exemption after Plaintiff Glen Oak Lumber & Milling obtained a judgment against them. Glen Oak opposed the Claims of Exemption, arguing that Pineda and Nieto made material misstatements and omissions on their Financial Statement. Magistrate Judge Jill L. Burkhardt issued a report and recommendations ("R & R"), recommending the court deny the Claims of Exemption. Objections to the R & R were due on **December 22, 2015**. No objections were filed.

A district court has jurisdiction to review a Magistrate Judge's report and recommendation on dispositive matters. Fed. R. Civ. P. 72(b). "The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to." *Id.* "A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). This

section does not require some lesser review by the district court when no objections are filed. *Thomas v. Arn,* 474 U.S. 140, 149–50 (1985). The "statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made,* but not otherwise." *United States v. Reyna–Tapia,* 328 F.3d 1114, 1121 (9th Cir. 2003).The Court has nonetheless reviewed the R & R's and agrees with its rationale and conclusions.

The Court **ADOPTS** Judge Burkhardt's R & R's.

**IT IS SO ORDERED**.

DATED:  February 10, 2016

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge